## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAHREESE WEST, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-25-1476-G |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC. et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Now before the Court is a Motion to Dismiss (Doc. No. 6) filed by Defendant Trans Union, LLC and seeking dismissal of the claims raised in Plaintiff's Complaint (Doc. No. 1). Plaintiff has now timely filed an Amended Complaint (Doc. No. 11). Plaintiff's Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See* Fed. R. Civ. P. 15(a)(1)(B); *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motion to Dismiss (Doc. No. 6) is DENIED AS MOOT.

IT IS SO ORDERED this 17th day of April, 2026.

CHARLES B. GOODWIN
United States District Judge